PABLO P. QUIBAN
Attorney at Law, LLC

Pablo P. Quiban    #5099
707 Richards Street, Suite 710
Honolulu, Hawaii  96813
Telephone: (808) 528-3955
Facsimile: (808)523-9476
Email: ppq-esq@hawaii.rr.com

Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Rocco Davis, Kenneth Casarez, Daniel Nakamura, Robert Trenkle, Walter Arakaki, , Anacleto Alcantra, etc., et al.,)<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>PRECISION ELECTRIC, INC., a Hawaii corporation, ROGER E. SCHENK,<br><br>　　　　　　　Defendants. | CIVIL NO. 07-00268 HG KSC<br><br>FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS<br><br><br><br><br>DATE: May 19, 2008<br>TIME: 9:30 a.m.<br>JUDGE: Kevin S.C. Chang |

## FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

Plaintiffs HAWAII LABORERS' TRUST FUNDS' ("Plaintiffs") Motion for Entry of Default Judgment Against Defendants PRECISION ELECTRIC, INC., and ROGER E. SCHENK ("Defendants"), having come for hearing before the Honorable Kevin S.C. Chang, Magistrate Judge on May 19, 2008, at 9:30 a.m., with Alfredo G. Evangelista, Esq. making a special appearance for Pablo P. Quiban, Esq. attorney of record for Plaintiffs, no one appearing on behalf of Defendants; and the Court having read the memoranda, declarations, affidavits and exhibits in support and in opposition thereto, having considered the evidence presented, and having heard oral arguments, and being fully advised in the premises and good cause appearing therefor, it is RECOMMENDED that Plaintiffs' Motion for Entry of Default Judgment Against Defendants be GRANTED.

The court bases its recommendation upon the following findings:

### FINDINGS OF FACT

1. Defendants are registered to do business in the State of Hawaii under Hawaii Contractor License No. C-16624, with its principal place of business in the County and County of Honolulu, State of Hawaii.

2. Defendants entered into a collective bargaining agreement with the Laborers' International Union of North America, Local 368, AFL-CIO ("Union") on September 1, 2002, which was acknowledged by the Certification of Receipt and Acceptance, copies of both documents were attached to the Complaint filed herein, which agreements by their terms incorporated the Master Agreement Covering Construction Laborers in the State of Hawaii ("CBA").

3. That under the CBA, Defendants promised to contribute and pay employee benefit contributions once per month to Plaintiffs for each hour of work performed by Defendants' employees for work covered by the CBA, which contributions are to be paid to Plaintiffs on or before the 20th day of each month for hours worked the prior month.

4. That under the CBA, Defendants agreed that in the event monthly trust fund contributions were not paid when due, Defendants would pay the sum of $20.00 or 20%, whichever was greater, of the amount of the trust contributions owed to each Trust Fund for each delinquency, as and for liquidated damages and not as penalty.

5. That under the CBA, Defendants agreed to submit its monthly payroll reports and to provide Plaintiffs with all the information necessary to carry out the purposes of the various trust funds, and to pay interest at the rate of 12% per

annum on unpaid balances owed.

6. For the period from September 2004 to June 2006, Defendants under-reported hours worked by employees who were covered by the CBA which resulted in unpaid contributions and liquidated damages of FIVE THOUSAND TWENTY TWO and 53/100 DOLLARS ($5,022.53), however due to payments made by Defendants, the total remaining amount owed by Defendants was reduced to TWO THOUSAND FIVE HUNDRED ELEVEN and 26/100 ($2,511.26); which delinquency was determined by monthly payroll report transmittals submitted by Defendant to the trust fund administrator's office, as noted in the *Declaration of Tracy Masuda*, which Declaration was filed herein on April 3, 2008.

7. That the interest on the total amount owed is ONE THOUSAND THREE HUNDRED NINETEEN and 96/100 ($1,319.96) which was accumulated from February 2004 to September 2007.

8. The Defendants were served with a copy of the Complaint; Summons in this case by publication as noted in the Affidavit of Publication filed herein on February 29, 2008.

9. That due to Defendants' failure to file an Answer or respond to the Complaint, a *Request For Entry of Default* was filed herein on March 4, 2008.

10. Plaintiffs then filed its *Motion For Entry of Default Judgment*

*Against Defendants*, on April 3, 2008, which was heard on May 19, 2008.

11. That at this time, the total amount owing by Defendants, which does not include attorney's fees and costs is THREE THOUSAND EIGHT HUNDRED THIRTY ONE and 22/100 ($3,831.22).

12. That Plaintiffs are entitled to reasonable attorney's fees and costs pursuant to Section 14, II, 4(a)(5), p. 20 of the CBA and pursuant to the Employees Retirement Income Security Act, 29, U.S.C. Section 1132(g)(2), and as supported by the Declaration of Counsel and Bill of Costs submitted concurrently herewith.

## RECOMMENDATION

Pursuant to the foregoing findings of fact, it is RECOMMENDED that:

A. Plaintiffs' Motion for Entry of Default Judgment be GRANTED and that judgment be entered against Defendants for the sum of THREE THOUSAND EIGHT HUNDRED THIRTY ONE and 22/100 DOLLARS ($3,831.22) plus legal interest from the entry hereof until paid in full.

B. Plaintiffs be awarded the amount of THREE THOUSAND NINE HUNDRED NINETY and 49/100 ($3,990.49) for reasonable attorney's fees and tax.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, _____JUN 3 0 2008_____.


_____
Judge of the Above-Entitled Court

*Hawaii Laborers' Trust Funds vs. L & F Masons LLC;* Civil No. 05-00072 SPK KSC; Findings of Fact and Conclusions of Law Re: Plaintiff's Motion for Entry of Default Judgment Against Defendant L & F Masons LLC

6