IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Hawaii Laborers' Trust Funds, Hawaii Laborers' Health and Welfare Trust Funds, Hawaii Laborers' Pension Trust Fund, Hawaii Laborers' Apprenticeship and Training Trust Fund, Hawaii Laborers' Vacation & Holiday Trust Fund, Hawaii Laborers' Annuity Trust Fund, Hawaii Laborers and Employers Cooperative and Education Trust Fund,<br><br>        Plaintiffs,<br><br>   vs.<br><br>Precision Electric, Inc. *a Hawaii corporation*, Roger E. Schenk,<br><br>        Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:07-CV-00268-HG-KSC |

### ORDER ADOPTING MAGISTRATE'S FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

   Findings and Recommendation having been filed and

served on all parties on June 30, 2008, and no

objections having been filed by any party,

   IT IS HEREBY ORDERED AND ADJUDGED that, pursuant

to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings of Fact and Recommendation for Disposition re: Plaintiffs' Motion for Entry of Default Judgment Against Defendnats are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 1, 2008, Honolulu, Hawaii.



    /s/ Helen Gillmor

Chief United States District Judge

cc:all parties of record